**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LARRY BROWN, : No. 82 MM 2023
:
      Petitioner :
:
:
      v. :
:
:
MARY J. WALK, :
:
      Respondent :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of January, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the Application for Leave to Reply are DENIED.